Northern Leasing Systems, Inc., Plaintiff-Appellant,
against
Dorcas Amedeo a/k/a Dorcas F. Amedeo a/k/a Amedeo Dorcas Fazio, Defendant-Respondent.



Plaintiff appeals from an order of the Civil Court of the City of New York, New York County (Erika M. Edwards, J.), entered on or about August 8, 2016, which denied its motion for summary judgment on its complaint and dismissal of defendant's counterclaims, and to strike the jury demand.




Per Curiam. 
Order (Erika M. Edwards, J.), dated August 8, 2016, affirmed, with $10 costs.
The record so far developed on plaintiff's motion for summary judgment raises numerous triable issues, including, inter alia, whether defendant received only the first page of the form lease or both pages, whether she was fraudulently induced to sign the lease, whether the sales representative who allegedly misrepresented the nature and terms of the agreement was an agent of plaintiff, and whether plaintiff permissibly obtained defendant's credit reports (see Pludeman v Northern Leasing Sys., Inc., 87 AD3d 881, 882 [2011]; Northern Leasing Sys., Inc. v Kollars, 34 Misc 3d 151[A], 2012 NY Slip Op 50276[U] [App Term, 1st Dept 2012]).
We have considered plaintiff's other arguments and find them unpersuasive.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 29, 2017